IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| AARON CARTER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00123 |
| | ) | |
| v. | ) | |
| | ) | |
| L. J. FLEMING, *et al.*, | ) | By: Elizabeth K. Dillon |
|     Defendants. | ) | United States District Judge |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendants' motion for summary judgment is GRANTED and plaintiff's complaint (Dkt. No. 1) is DISMISSED with prejudice. This case is struck from the court's active docket.

The Clerk shall send copies of this order and the accompanying memorandum opinion to counsel of record and Mr. Carter, plaintiff.

Entered: March 15, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge