IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

AARON CARTER,

        Plaintiff,

v.                                                CIVIL ACTION NO. 7:16-cv-00123

L. J. FLEMING, et al.,

        Defendants.

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, Plaintiff Aaron Carter and Defendants Fleming, Broyles, Stallard, and Gregg, stipulate to dismissal of this action with prejudice. The parties having reached a settlement in this matter, there are no longer any issues in this action between Plaintiff and the Defendants to be determined by the Court. The parties agree that the dismissal shall discharge Defendants from all claims and demands related to this lawsuit and from all claims arising out of the same facts; and if Defendants fail to follow through with the terms of the settlement agreement within a period of 60 days from the date of the entry of the dismissal order, Plaintiff shall retain his right to reinstate the suit.

A proposed order of dismissal is attached to this motion.

                                                                         Respectfully submitted,

                                                          By: /s/
                                                          Laura H. Cahill, AAG, VSB # 86328
                                                          Attorney for Defendants
                                                          Criminal Justice & Public Safety Division
                                                          Office of the Attorney General
                                                          202 North 9th Street
                                                          Richmond, Virginia 23219
                                                          Phone: (804) 786-5630
                                                          Fax: (804) 786-4239

E-mail: lcahill@oag.state.va.us
*Counsel for Defendants*

By: _____/s/_____
Jeffery E. Fogel
913 E. Jefferson Street
Charlottesville, Virginia 22902
Email: jeff.fogel@gmail.com
*Counsel for Plaintiff*

**CERFIFICATE OF SERVICE**

I hereby certify that on the 9th day of March, 2018, I electronically filed the foregoing Joint Motion to Dismiss with Prejudice with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Jeffery E. Fogel
    913 E. Jefferson Street
    Charlottesville, Virginia 22902
    jeff.fogel@gmail.com
    *Counsel for Plaintiff*

And I hereby certify that I have mailed the document by United States Postal Service to the following non-filing user: N/A

                                  /s/
                        Laura H. Cahill, AAG, VSB#86328
                        Criminal Justice & Public Safety Division
                        Office of the Attorney General
                        202 North 9th Street
                        Richmond, Virginia 23219
                        (804) 786-5630
                        (804) 786-4239 (Fax)
                        Email: lcahill@oag.state.va.us
                        *Counsel for Defendants*